FRANK RICIGLIANO *v.* J. J. RYAN
CORPORATION ET AL.
(SC 16129)

McDonald, C. J., and Katz, Palmer, Vertefeuille and Callahan, Js.

Argued February 15—officially released March 21, 2000

*Robert B. Cohen*, with whom was *Louis Wang*, for the appellant (plaintiff).

*Dominick C. Statile*, with whom was *David School-craft*, for the appellees (defendants).

*Opinion*

PER CURIAM. After examining the record on appeal, particularly the evidentiary record, and considering the briefs and oral arguments of the parties, we have determined that the appeal in this case should be dismissed on the ground that certification was granted improvidently.[1]

The appeal is dismissed.

---

[1] We granted the plaintiff's petition for certification to appeal from the judgment of the Appellate Court; *Ricigliano* v. *J. J. Ryan Corp.*, 53 Conn. App. 158, 728 A.2d 1161 (1999); limited to the following issue: "Did the Appellate Court properly affirm the compensation review board's decision upholding the trial commissioner's finding of a 0.62 percent loss of hearing disability for the plaintiff?" *Ricigliano* v. *J. J. Ryan Corp.*, 249 Conn. 923, 733 A.2d 234 (1999).